UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| LEONARD SHAFFER and<br>KAREN SHAFFER,<br><br>Plaintiffs,<br><br>v.<br><br>BARRY J. CADDEN, GREGORY CONIGLIARO, LISA CONIGLIARO CADDEN, GLENN A. CHIN, ARL BIO PHARMA, INC. d/b/a ANALYTICAL RESEARCH LABORATORIES, AMERIDOSE LLC, MEDICAL SALES MANAGEMENT, INC., and GDC PROPERTIES MANAGEMENT, LLC,<br><br>Defendants. | Case No: 1:13-cv-10226-FDS |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF
ARL BIO PHARMA, D/BA/ ANALYTICAL RESEARCH LABORATORIES**

Please enter my appearance as counsel for the defendant, ARL Bio Pharma, Inc. d/b/a Analytical Research Laboratories ("ARL"), in connection with the above-entitled action. Attorney Kenneth Walton will remain the Lead Attorney for ARL.

        ARL Bio Pharma, Inc. d/b/a
        Analytical Research Laboratories
        By its attorneys,

        */s/ Kristen R. Ragosta*
        _____
        Kenneth B. Walton, Esq., BBO #562174
        Kristen R. Ragosta, Esq., BBO #664362
        DONOVAN HATEM LLP
        Two Seaport Lane
        Boston, MA  02110
        (617) 406-4500

DATED:  February 19, 2013

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 19, 2013 using the ECF system that sent notification of this filing to all ECF— registered counsel of record via e-mail generated by the Court's ECF system.

                                        /s/ *Kristen R. Ragosta*_____
                                        *Attorney for ARL Bio Pharma, Inc. d/b/a*
                                        *Analytical Research Laboratories*

01506337.DOC