UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| LEONARD SHAFFER, et al., )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>BARRY J. CADDEN, et al., )<br>    Defendants )<br>) | Civil Action No.: 1:13-cv-10226-FDS |

**NOTICE OF APPEARANCE**

Now come Robert A. Curley, Jr. and Lisabeth Ryan Kundert and request that their appearance be entered in this matter on behalf of Defendant GDC Properties Management, LLC.

Respectfully submitted,

/s/ Robert A. Curley, Jr.
Robert A. Curley, Jr., Esq., BBO# 109180
Lisabeth Ryan Kundert, Esq., BBO# 549155
Curley & Curley, P.C.
27 School Street, 6th Floor
Boston, MA 02108
617-523-2990
rac@curleylaw.com
lrk@curleylaw.com

## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr. hereby certify that I have served a copy of this pleading electronically to all counsel of record.

DATE: 2\22\13

Robert A. Curley, Jr., Esq.